| | | |
|---|---|---|
| 29563 | State v. Wilson | Reversed |

### November 4, 2009

| | | |
|---|---|---|
| 29191 | State v. Behrendt | Affirmed, Vacated and Remanded |

### November 9, 2009

| | | |
|---|---|---|
| 29485 | State v. Corder | Affirmed |